**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-1451

EDWARD C. MCREADY,

           Plaintiff - Appellant,

      v.

MARTIN O'MALLEY, Honorable, in his official capacity as
Governor of the State of Maryland; UNIVERSITY SYSTEM OF
MARYLAND; WILLIAM E. KIRWAN; UNIVERSITY OF MARYLAND
UNIVERSITY COLLEGE; SUSAN ALDRIDGE; LAWRENCE E. LEAK; GREG
VON LEHMAN; JOHN VOLPE; RHEA REED; RACHEL ZELKIND; SHAWNA
ACKER-BALL; MEGAN FARRELL; THOMAS HOGAN; STATE OF MARYLAND;
ELIZABETH MULHERRIN; ADELAIDE A. LAGNESE,

           Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Roger W. Titus, District Judge. (8:08-
cv-02347-RWT; 8:08-cv-02386-RWT)

Submitted: February 6, 2012          Decided: March 12, 2012

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward C. McReady, Appellant Pro Se.  Thomas Faulk, Assistant
Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward C. McReady appeals the district court's order granting Defendants' motion for summary judgment in his consolidated civil actions. We have reviewed the record and conclude there is no reversible error. Accordingly, we affirm for the reasons stated by the district court. See McReady v. O'Malley, Nos. 8:08-cv-02347-RWT; 8:08-cv-02386-RWT (D. Md. Mar. 31, 2011). Further, because we grant McReady's motion for leave to file an amended informal brief in excess of the fifty-page limitation ordered by the Clerk's Office, we deny as moot all other pending motions related to the length of McReady's amended informal brief, including Defendants' motion to strike McReady's amended informal brief and McReady's motion to strike Defendants' opposition to his enlarged informal brief. We also deny as moot McReady's motions for summary disposition and expedited review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED